# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **SILVIA MUNOZ, ET AL** | **CIVIL ACTION NO. 6:15-CV-2328** |
| **VERSUS** | **JUDGE JAMES** |
| **BOLLINGER SHIPYARDS, LLC., ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion for Approval of Settlement [Doc. No. 94] is **GRANTED**, consistent with the report and recommendation.

MONROE, LOUISIANA, this 13th day of November, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE